FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2016

No. 04-16-00757-CV

**IN RE CITY OF FLORESVILLE** and Cecelia Gonzalez-Dippel

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                 Karen Angelini, Justice
                 Marialyn Barnard, Justice

On November 19, 2016, relators filed a petition for writ of mandamus. This court is of the tentative opinion that relators are entitled to the relief sought. *See* TEX. R. APP. P. 52.8(b); *Grant v. Ammerman*, 437 S.W.2d 547, 549 (Tex. 1969) (holding "a writ of mandamus ordering the canvass of election returns and declaring the results of the election is a proper remedy"). **The respondents and the real parties in interest may file a response to the petition in this court no later than November 19, 2016, by 5:00 p.m.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on November 19, 2016.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This court has jurisdiction pursuant to section 273.061 of the Texas Election Code which authorizes this court to issue a writ of mandamus to compel the performance of any duty imposed by law in connection with the holding of an election, regardless of whether the person responsible for performing the duty is a public officer. TEX. ELEC. CODE ANN. § 273.061 (West 2010).